IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT R. WARDER,

    Plaintiff,

v.

    Case No. 21-cv-82-slc

WILLIAMS WYMER, MICHAEL SIMPSON, SAWYER COUNTY and SAWYER COUNTY SHERIFF'S DEPARMENT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Robert R. Warder in the amount of $22,000 which is inclusive of all claims for damages sustained by Plaintiff herein, including all costs and attorneys' fees through the date of this offer.

Approved as to form this 18TH day of April, 2022.

_____
Stephen L. Crocker
Magistrate Judge

_____    4/18/22
Peter Oppeneer, Clerk of Court    Date